# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SILVERIA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUXOTTICA RETAIL NORTH AMERICA, INC.,<br><br>        Defendant. | Case No. 1:18-cv-01552-LJO-SAB<br><br>ORDER RE STIPULATION OF DISMISSAL AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 9.) |

On July 24, 2019, the parties filed a stipulation dismissing this action with prejudice and with each party to bear their own costs and fees. (ECF No. 9.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorney's fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 25, 2019**

                                                      UNITED STATES MAGISTRATE JUDGE